IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Steven Gunter, #315394, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No.: 9:07-3503 |
| ) | |
| Jon Ozmint, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## ORDER

On October 24, 2007, the petitioner, Steven Gunter, ("petitioner") proceeding *pro se*, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. #1). The case was referred to Magistrate Judge George C. Kosko pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge George C. Kosko to whom this case had previously been assigned. (Doc. #6). On October 29, 2007 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that "the petition be dismissed without prejudice and without requiring the respondent to file a return." (Doc. #6). The petitioner filed no objections to the report. Objections were due on November 16, 2007.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.**  (Doc. #6).

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

December 11, 2008
Florence, South Carolina